UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

IGT Global Solutions Corporation
                    Plaintiff,

v.                                              Case No.: 1:18−cv−00476
                                                Honorable Robert M. Dow Jr.

Colin Hadden, et al.
                    Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 10, 2018:

MINUTE entry before the Honorable Robert M. Dow, Jr: Parties have advised the Court that the case has been settled. The Complaint is dismissed without prejudice, with any Party having the right to file a motion to reopen this action prior to or on May 4, 2019, to assert a claim for an alleged breach of the Parties settlement agreement. The Parties agree that no other basis shall exist on which any Party may seek to reopen this action. The dismissal without prejudice in this Stipulated Dismissal Order shall automatically convert to a dismissal with prejudice effective May 5, 2019, if no motion to reopen is filed on or before May 4, 2019. This Court shall retain jurisdiction over the parties and this action to enforce the Parties settlement agreement, as set forth in paragraph 1. Each party is to bear its own costs and attorney's fees. Status hearing set for 7/11/2018 is stricken. Civil case terminated. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.