IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **IGT GLOBAL SOLUTIONS CORPORATION**, a Delaware corporation;<br><br>Plaintiff,<br><br>v.<br><br>**COLIN HADDEN**, an individual; **CAMELOT ILLINOIS, LLC**, an Illinois limited liability corporation; and **CAMELOT GLOBAL SERVICES (NORTH AMERICA), INC.**, a Delaware corporation,<br><br>Defendants. | Case No. 18-cv-00476<br><br>The Honorable Robert M. Dow<br><br>**JURY DEMAND** |

## **STIPULATED DISMISSAL ORDER**

Plaintiff IGT Global Solutions Corporation ("IGT") and Defendants Colin Hadden ("Hadden"), Camelot Illinois, LLC ("Camelot Illinois") and Camelot Global Services (North America), Inc. ("Camelot"), for their stipulated dismissal order, pursuant to settlement, and upon good cause; IT IS HEREBY ORDERED:

1. The Complaint is dismissed without prejudice, with any Party having the right to file a motion to reopen this action prior to or on May 4, 2019, to assert a claim for an alleged breach of the Parties' settlement agreement. The Parties agree that no other basis shall exist on which any Party may seek to reopen this action.

2. The dismissal without prejudice in this Stipulated Dismissal Order shall automatically convert to a dismissal with prejudice effective May 5, 2019, if no motion to reopen is filed on or before May 4, 2019.

3. This Court shall retain jurisdiction over the parties and this action to enforce the Parties' settlement agreement, as set forth in paragraph 1.

4. Each party is to bear its own costs and attorney's fees.

**So Stipulated:**

Dated:   June 25, 2018          /s/ Justin K. Beyer
                                          Counsel for IGT Global Solutions Corporation

Dated:   June 25, 2018          /s/Craig T. Boggs
                                          Counsel for Colin Hadden, Camelot Illinois, LLC, and Camelot Global Services (North America), Inc.

This Order issued this 10th day of July, 2018.

_____
United States District Judge